**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-1063**

CHARLES WILLIAM LEVY,

                                    Plaintiff - Appellant,

        versus

MICHELE MCQUIGG; COUNTY OF PRINCE WILLIAM,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-96-1262-A)

Submitted:  March 27, 1997          Decided:  April 4, 1997

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles William Levy, Appellant Pro Se. Stephen Alexander MacIsaac, COUNTY ATTORNEY'S OFFICE, Prince William, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Levy v. McQuigg, No. CA-96-1262-A (E.D. Va. Nov. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED